UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In the Matter of:<br><br>LEROY JERRED, a single man, individually; DEANNA HEATH, adult child of LeRoy Jerred, individually; and LINDA MCLEAN, adult child of LeRoy Jerred, individually;<br><br>                          Petitioners. | NO:  2:21-MC-0038-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Petitioners' Motion to Strike Verified Petition Requesting an Order Allowing the Deposition of Leroy Jerred.  ECF No. 3. Counsel has informed the Court that Leroy Jerred died on November 15, 2021, making the Petition moot.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The Verified Petition Requesting an Order Allowing the Deposition of Leroy Jerred is **STRICKEN** as moot.  This case is **DISMISSED** as moot.

ORDER OF DISMISSAL ~ 1

The District Court Executive is directed to enter this Order and **CLOSE** the file.

DATED November 22, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2